1 | Christopher Addy, Esq. (SBN: 256044)
Krohn & Moss, Ltd.
2 | 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
3 | T: (323) 988-2400 x 271;
F: (866) 799-3206
4 | caddy@consumerlawcenter.com
Attorneys for Plaintiff,
5 | NORMA FINGARSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| NORMA FINGARSON, ) | **Case No.:** |
| ) | |
| Plaintiff, ) | **COMPLAINT AND DEMAND FOR** |
| ) | **JURY TRIAL** |
| v. ) | |
| ) | **(Unlawful Debt Collection Practices)** |
| LEGAL RECOVERY LAW OFFICES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**VERIFIED COMPLAINT**

NORMA FINGARSON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges

the following against LEGAL RECOVERY LAW OFFICES, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

   *U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

   Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

- 1 -

1
2

## JURISDICTION AND VENUE

3

4

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

5

actions may be brought and heard before "any appropriate United States district court

6

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court

7

supplemental jurisdiction over the state claims contained therein.

8

4. Defendant conducts business and is located in the state of California, and therefore,

9

personal jurisdiction is established.

10

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

11

## PARTIES

12

6. Plaintiff is a natural person residing in Paradise, Butte County, California.

13

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ.*

14

*Code §1788.2(c)*.

15

8. Defendant is a national corporation located in San Diego, California.

16

9. At all times relevant to this Complaint, Defendant has acted through its agents

17

employees, officers, members, directors, heir, successors, assigns, principals, trustees,

18

sureties, subrogees, representatives and insurers in the District of California.

19

## FACTUAL ALLEGATIONS

20

10. During or around November of 2010, Defendant started placing telephone calls to

21

Plaintiff from telephone number (800) 785-4001 seeking to speak with another

22

consumer, Kevin Flowers.

23

24

11. Defendant's representative, Seth, always stated that he was calling from the Legal

25

Recovery Law Offices and asked to speak with Kevin Flowers.

PLAINTIFF'S COMPLAINT

1

2

12. Plaintiff responded to Defendant's representative, Seth, on numerous occasions and

3

stated that Kevin did not live there and that the telephone number it just called did not

4

belong to Kevin Flowers.

5

13. Defendant continued to contact Plaintiff asking to speak with Kevin Flowers despite

6

knowing that Kevin Flowers did not reside at Plaintiff's place of residence nor was he

7

reachable at Plaintiff's telephone number.

8

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

9

10

14. Defendant violated the FDCPA based on the following:

11

a.  Defendant violated *§1692b(1)* of the FDCPA by communicating with Plaintiff

12

and identifying the name of its employer without being asked to do so  by

13

Plaintiff;

14

b.  Defendant violated *§1692b(3)* of the FDCPA by communicating with Plaintiff

15

more than once without permission to do so and without reasonable belief that

16

the earlier response was erroneous or incomplete;

17

c.  Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the

18

19

natural result is the abuse and harassment of the Plaintiff; and

20

d.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring

21

repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

22

WHEREFORE, Plaintiff, NORMA FINGARSON, respectfully requests judgment be

23

entered against Defendant, LEGAL RECOVERY LAW OFFICES, INC., for the following:

24

15. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15*

25

*U.S.C. 1692k*;

PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

17. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

19. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff;

   b. Defendant violated *§1788.11(e)* of the RFDCPA by placing calls to Plaintiff with such frequency that was unreasonable and constituted harassment; and

   c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*, as set forth in paragraph 14 above.

WHEREFORE, Plaintiff, NORMA FINGARSON, respectfully requests judgment be entered against Defendant, LEGAL RECOVERY LAW OFFICES, INC., for the following:

20. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*;

21. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*; and

22. Any other relief that this Honorable Court deems appropriate.

PLAINTIFF'S COMPLAINT

1

2

3

## **DEMAND FOR JURY TRIAL**

4

PLEASE TAKE NOTICE that Plaintiff, NORMA FINGARSON, demands a jury trial in

5

this cause of action.

6

7

RESPECTFULLY SUBMITTED,

8

DATED:  April 12, 2011                   KROHN & MOSS, LTD.

9

By: /s/ Christopher Addy                          _

10

Christopher Addy, Esq.
Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

1

2

3                    **VERIFICATION OF COMPLAINT AND CERTIFICATION**

4       STATE OF CALIFORNIA

5              Plaintiff, NORMA FINGARSON, states as follows:

6         1.     I am the Plaintiff in this civil proceeding.

7         2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe

8                that all of the facts contained in it are true, to the best of my knowledge, information

9                and belief formed after reasonable inquiry.

          3.     I believe that this civil Complaint is well grounded in fact and warranted by existing
10
                 law or by a good faith argument for the extension, modification or reversal of existing
11
                 law.
12        4.     I believe that this civil Complaint is not interposed for any improper purpose, such as

13               to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a

14               needless increase in the cost of litigation to any Defendant(s), named in the

                 Complaint.
15
          5.     I have filed this Complaint in good faith and solely for the purposes set forth in it.
16        6.     Each and every exhibit I have provided to my attorneys which has been attached to

17               this Complaint is a true and correct copy of the original.

          7.     Except for clearly indicated redactions made by my attorneys where appropriate, I
18
                 have not altered, changed, modified or fabricated these exhibits, except that some of
19
                 the attached exhibits may contain some of my own handwritten notations.
20

21             Pursuant to 28 U.S.C. § 1746(2), I, NORMA FINGARSON, hereby declare (or

22      certify, verify or state) under penalty of perjury that the foregoing is true and correct.

23
        DATE: March 18, 2011                      _Norma Fingarson_
24                                                        NORMA FINGARSON

25


                                             - 6 -

                                      PLAINTIFF'S COMPLAINT