1  Christopher G. Addy, Esq. (SBN: 256044)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   caddy@consumerlawcenter.com
4  Attorney for Plaintiff,
   NORMA FINGARSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| NORMA FINGARSON, | Case No.: 2:11-cv-00969-MCE-DAD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| LEGAL RECOVERY LAW OFFICES, INC., | |
| Defendant. | |

   NOW COMES the Plaintiff, NORMA FINGARSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

   Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                          Respectfully Submitted,

DATED: August 18, 2011             KROHN & MOSS, LTD.

                                   By: /s/ Christopher G. Addy
                                       Christopher G. Addy, Esq.
                                       Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on August 18, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

DATED: August 18, 2011           By: /s/ Christopher G. Addy
                                      Christopher G. Addy, Esq.
                                      Attorney for Plaintiff