Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorney for Plaintiff,
NORMA FINGARSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| NORMA FINGARSON, | Case No.: 2:11-cv-00969-MCE-DAD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| LEGAL RECOVERY LAW OFFICES, INC., | |
| Defendant. | |

NORMA FINGARSON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, LEGAL RECOVERY LAW OFFICES, INC, (Defendant), in this case.

Respectfully Submitted,

DATED: October 17, 2011      KROHN & MOSS, LTD.

By: /s/ Ryan Lee
   Ryan Lee, Esq.
   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that on October 17, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

DATED: October 17, 2011         By: /s/ Ryan Lee
                                    Ryan Lee, Esq.
                                    Attorney for Plaintiff